# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JULIAN SCOTT HARRELL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RALPH DIAZ, Warden<br><br>　　　　　Respondent. | No. CV 14-2213-SVW (PLA)<br><br>**JUDGMENT** |

Pursuant to the order accepting findings, conclusions and recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: October 8, 2015

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE